

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHAN PEARSON LANDRY | CIVIL ACTION NO. 08-1616 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| TOWN OF FERRIDAY, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to dismiss the bystander liability claims and punitive damages under federal law only, doc. #12, is GRANTED. In the future defense counsel shall utilize a more appropriate procedural vehicle to raise issues such as these.

**THUS DONE AND SIGNED** in chambers, in Alexandria, Louisiana, on this 8th day of September, 2009.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**