UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHAN PEARSON LANDRY | CIVIL ACTION NO. 08-1616 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| TOWN OF FERRIDAY, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law, and, observing that the unnecessary filing observations are not critical to this decision;

**IT IS ORDERED** that the motion to dismiss the bystander liability claims and punitive damages under federal law only, Doc. #4, is GRANTED. The claims are DISMISSED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 20th day of October 2009.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**